1  JAMES E. HARPER
Nevada Bar No. 9822
2  SABRINA G. WIBICKI
Nevada Bar No. 10669
3  **HARPER | SELIM**
1935 Village Center Circle
4  Las Vegas, Nevada 89134
Phone: (702) 948-9240
5  Fax:    (702) 778-6600
Email: eservice@harperselim.com
6  *Attorneys for Defendant*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  DASIE WERLINGER, as administrator of the
estate of RICHARD HERMAN
10  WERLINGER, deceased,

CASE NO.:    2:25-cv-01529-CDS-EJY

**STIPULATION AND ORDER TO STAY
CASE FOR 180 DAYS PENDING
BINDING ARBITRATION**

11              Plaintiff

12  v.

[ECF No. 13]

13  STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
14

15              Defendant

16

17        Plaintiff, DASIE WERLINGER, as administrator of the estate of RICHARD HERMAN

18  WERLINGER, deceased ("Plaintiff"), by and through her counsel of record, THE702FIRM

19  INJURY ATTORNEYS, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

20  COMPANY ("Defendant") (Plaintiff and Defendant, collectively, "the Parties"), by and through its

21  attorneys of record, HARPER | SELIM, and hereby stipulate and agree to place the above-captioned

22  case on a stay for 180 days.

23        The Parties have agreed to a binding arbitration in this matter. The Parties have agreed to use

24  former Nevada judge Trevor Atkin as the arbitrator. Plaintiff and Defendant are still conducting

25  discovery in support of the claims and/or defenses and may be required to subpoena witnesses or

26  documents, mandating the case continue to remain open so that any such subpoenas can be issued.

1  Following the arbitration hearing, the Parties will submit a proposed Order dismissing the case in its

2  entirety.

3  DATED this 23rd day of December 2025.       DATED this 23rd day of December 2025.

4  THE702FIRM INJURY ATTORNEYS          HARPER | SELIM

5  /s/ Matthew P. Pawlowski           /s/ James E. Harper

6  _____      _____

7  MATTHEW P. PAWLOWSKI            JAMES E. HARPER
   Nevada Bar No. 9889             Nevada Bar No. 9822

8  8335 W. Flamingo Road            SABRINA G. WIBICKI
   Las Vegas, NV 89104             Nevada Bar No. 10669

9  *Attorneys for Plaintiffs*          1935 Village Center Circle
                           Las Vegas, Nevada 89134

10                           *Attorneys for Defendant*

11

12                **ORDER**

13     Based on the foregoing stipulation and good cause appearing:

14     IT IS HEREBY ORDERED that the above-entitled action be stayed in its entirety as to all

15  discovery and/or pre-trial deadlines for 180 days, up to and including June 22, 2026. The parties

16  must file a stipulation of dismissal, or a joint status report addressing arbitration, on June 22, 2026.

17

18                           _____

19                           UNITED STATES DISTRICT JUDGE

20                           Dated: December 29, 2025

21

22

23

24

25

26

2