# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dasie Werlinger, | Case No. 2:25-cv-01529-CDS-EJY |
| Plaintiff | **Order Directing Parties to File a Stipulation of Dismissal or Joint Status Report** |
| v. | |
| State Farm Mutual Automobile Insurance Company, | |
| Defendant | |

Plaintiff Dasie Werlinger, as administrator of the estate of Richard Werlinger, and defendant State Farm Mutual Automobile Insurance Company stipulated to binding arbitration and to stay the action for 180 days. Stip., ECF No. 14. The court approved the stipulation, stayed the action through June 22, 2026, and ordered the parties to file either a stipulated dismissal or a joint status report addressing arbitration by that same date. Order, ECF No. 15. That deadline passed without the parties filing a stipulation, a joint status report, or otherwise responding.

It is therefore ordered that either a stipulation of dismissal or a joint status report addressing arbitration must be filed by July 2, 2026.

Dated: June 25, 2026

_____
Cristina D. Silva
United States District Judge